# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MICHAEL ANTHONY GOTO, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WHELAN SECURITY OF CALIFORNIA, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 4:20-cv-01114-HSG<br><br>*Assigned to Hon. Haywood S. Gilliam, Jr.*<br><br>CLASS ACTION<br><br>**ORDER GRANTING STIPULATION TO (1) FURTHER CONTINUE DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND (2) CONTINUE PLAINTIFF'S DEADLINE TO MOVE FOR REMAND** |

- 1 -

Firm:50195411v1

ORDER GRANTING STIPULATION TO
(1) FURTHER CONTINUE DEFENDANT'S DEADLINE TO RESPOND
TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND
(2) CONTINUE PLAINTIFF'S DEADLINE TO MOVE FOR REMAND

**ORDER**

Having considered the stipulation filed by Plaintiff Michael Anthony Goto ("Plaintiff") and Defendant Whelan Security of California, Inc. ("Defendant"), and upon good cause shown, the Court orders as follows:

1. The March 11, 2020 deadline for Defendant to file a responsive pleading to the First Amended Complaint is hereby extended to March 25, 2020; and

2. Plaintiff shall have until March 27, 2020 to file a motion for remand, or a later date to the extent permitted by law.

**IT IS SO ORDERED.**

DATED: 3/10/2020

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

- 2 -

Firm:50195411v1

ORDER GRANTING STIPULATION TO
(1) FURTHER CONTINUE DEFENDANT'S DEADLINE TO RESPOND
TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND
(2) CONTINUE PLAINTIFF'S DEADLINE TO MOVE FOR REMAND