# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MICHAEL ANTHONY GOTO, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WHELAN SECURITY OF CALIFORNIA, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 4:20-cv-01114-HSG<br><br>*Assigned to Hon. Haywood S. Gilliam, Jr.*<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO (1) FURTHER CONTINUE DEFENDANT'S RESPONSIVE PLEADING DEADLINE PENDING RESOLUTION OF PLAINTIFF'S MOTION FOR REMAND AND (2) ADVANCE INITIAL CASE MANAGEMENT CONFERENCE** |

- 1 -

Firm:50248907v1   ~~Proposed~~ Order Granting Stipulation to (1) Further Continue Defendant's Responsive Pleading Deadline Pending Resolution of Plaintiff's Motion for Remand and (2) Advance the Case Management Conference

# [PROPOSED] ORDER

Having considered the stipulation filed by Plaintiff Michael Anthony Goto ("Plaintiff") and Defendant Whelan Security of California, Inc. ("Defendant"), and upon good cause shown, the Court orders as follows:

1. The March 25, 2020 deadline for Defendant to file a responsive pleading to the First Amended Complaint is hereby continued to 21 days after the Court enters its order on Plaintiff's motion for remand;

2. The hearing on Plaintiff's motion for remand is set for May 14, 2020 at 2:00 p.m.; and

3. The May 26, 2020 case management conference shall be advanced and heard on May 14, 2020 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: 3/20/2020

*[signature: Haywood S. Gilliam Jr.]*

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE