Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Michael Anthony Goto )
                                 Plaintiff(s), )
    v. )
Whelan Security of California, Inc. )
                                 Defendant(s). )

Case No: 4:20-cv-01114-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER (CIVIL LOCAL RULE 11-3)

    I, Neal F. Perryman, an active member in good standing of the bar of State of Missouri, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Whelan Security of California, Inc. in the above-entitled action. My local co-counsel in this case is Kevin D. Sullivan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Lewis Rice LLC, 600 Washington Ave., Ste. 2500, St. Louis, MO 63101 | Epstein Becker & Green, P.C., 1925 Century Park East, Ste. 500, Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (314) 444-7761 | (310) 556-8861 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| nperryman@lewisrice.com | ksullivan@ebglaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 43057.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 04/30/20                           Neal F. Perryman
                                                   APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Neal F. Perryman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/12/2020                            *Haywood S. Gilliam Jr.*
                                        UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI



**CERTIFICATE OF GOOD STANDING**

I, _GREGORY J. LINHARES_, *Clerk of this Court,*

*certify that* _Neal F. Perryman_, *Bar #* _43057MO_,

*was duly admitted to practice in this Court on*

_December 4, 1992_, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* _St. Louis, Missouri_ *on* _April 30, 2020_.
LOCATION             DATE



CLERK           /s/ Elizabeth A. Kirkland
                                 DEPUTY CLERK