Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Michael Anthony Goto )
  )  Case No: 4:20-cv-01114-HSG
                    Plaintiff(s), )
  )  **APPLICATION FOR**
   v. )  **ADMISSION OF ATTORNEY**
  )  **PRO HAC VICE**; ORDER
Whelan Security of California, Inc. )  (CIVIL LOCAL RULE 11-3)
  )
                    Defendant(s). )

I, Justin M. Ladendorf, an active member in good standing of the bar of State of Missouri, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Whelan Security of California, Inc. in the above-entitled action. My local co-counsel in this case is Kevin D. Sullivan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Lewis Rice LLC, 600 Washington Ave., Ste. 2500, St. Louis, MO 63101 | Epstein Becker & Green, P.C., 1925 Century Park East, Ste. 500, Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (314) 444-7750 | (310) 556-8861 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jladendorf@lewisrice.com | ksullivan@ebglaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 68558.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 04/30/20

Justin M. Ladendorf
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Justin M. Ladendorf is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/12/2020

*[Signature: Haywood S. Gill]*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI



**CERTIFICATE OF GOOD STANDING**

I, _____GREGORY J. LINHARES_____, Clerk of this Court,

certify that _Justin Michael Ladendorf_, Bar # _68558MO_,

was duly admitted to practice in this Court on

_August 25, 2016_, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _St. Louis, Missouri_ on _April 30, 2020_.
LOCATION                                    DATE



CLERK

/s/ Elizabeth A. Kirkland
DEPUTY CLERK